## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR165 |
| | ) | |
| vs. | ) | |
| | ) | |
| LINDA RIASKI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [130]. According to the motion, the defendant and the government have agreed to waive a jury trial as to the charge under 18 U.S.C. § 924(c). However, a waiver signed by the defendant, her attorney and the government has not been filed with the court yet.  The motion further indicates the parties have tentatively reached an agreement regarding the controlled substances offenses. However, additional time is needed to document this agreement and potentially resolve the entire case. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [130] is granted, as follows:

1. The jury trial now set for August 29, 2022 is continued to **October 31, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 31, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  August 22, 2022.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**